**Order issued February 27, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-13-00452-CR
No. 05-13-00453-CR
No. 05-13-00454-CR

**FABIAN FEDRICE GARZA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

## O R D E R

Before Justices FitzGerald, Fillmore, and Evans

Based on the Court's opinion of this date, we **GRANT** the October 2, 2013 motion of

Valencia Bush for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of

the Court to remove Valencia Bush as counsel of record for appellant. We **DIRECT** the Clerk

of the Court to send a copy of this order and all future correspondence to Fabian Fedrice Garza,

TDCJ No. 1840430, Estelle Unit, 264 FM 3478, Huntsville, Texas, 77320-3320.


/ David Evans/
DAVID EVANS
JUSTICE